# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DWIGHT L. JACKSON**  **PETITIONER**
ADC #096622

V.  NO. 2:19-CV-60-JM-BD

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**  **RESPONDENT**

## ORDER

By order of August 20, 2019, this Court directed the Clerk to administratively close the pending federal habeas petition to allow Mr. Jackson to return to state court to exhaust potential claims without running afoul of the federal one-year statute of limitations for filing a federal petition. (Docket entry #13) Mr. Jackson has now filed a motion to reopen his case (#14), and the Honorable James M. Moody Jr. has referred that motion to this Court.

Mr. Jackson's motion (#14) is GRANTED. The Clerk is directed to reopen Mr. Jackson's case so that his federal habeas claims can be addressed.

Mr. Jackson has up to and including Friday, October 4, 2019, to file an amended petition or to notify the Court that he will stand on his initial petition. If an amended petition is filed, Respondent will have until Friday, October 25, 2019, to respond.

IT IS SO ORDERED this 12th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE