IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DWIGHT L. JACKSON**     **PETITIONER**
**ADC #096622**

V.     **CASE NO. 2:19-CV-60-JM-BD**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**     **RESPONDENT**

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. Mr. Jackson has not filed any objections to the Recommendation. After careful consideration, this Court adopts the Recommendation as its own. Petitioner Dwight Jackson's petition for writ of habeas corpus (docket entry #2) is DENIED and DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 10th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE