IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DWIGHT L. JACKSON**  **PETITIONER**
**ADC #096622**

**V.**    **CASE NO. 2:19-CV-60-JM-BD**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**  **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 10th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE